**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles H Landwer,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Royal Neighbors of America, US Funeral Expenses, and Unknown Party,<br><br>　　　　　Defendants. | No. CV-24-03134-PHX-JAT<br><br>**ORDER** |

　　　　This Court previously ordered, "that within 21 days of [November 15, 2024], Plaintiff must file a supplement to the complaint (or an amended complaint) making specific, non-conclusory allegations that would support his conclusions that venue is present in this district and that this Court has personal jurisdiction over Defendants. If Plaintiff fails to comply with this Order, this case will be dismissed, without prejudice." (Doc. 6 at 3). Plaintiff has timely filed the required supplement. (Doc. 7).

　　　　In the supplement, Plaintiff makes specific allegations about venue, including that he was in Arizona at the time of the cellular phone call that gives rise to the complaint in this case. (Doc. 7 at 5, ¶11 stating that Plaintiff and his cell phone were in Arizona at the time he received the call). Plaintiff also makes specific allegations regarding this Court's personal jurisdiction over Defendant Royal Neighbors of America. (Doc. 7 at 4, ¶¶7–9).

　　　　The Court finds that these additional allegations are sufficient to allow this in forma pauperis complaint to go forward to service. However, this Order is without prejudice to

any Defendant filing a timely motion relating to personal jurisdiction and/or venue.[1]

Because the Court will not dismiss this case at this time,

**IT IS ORDERED** that Plaintiff must serve each of the three Defendants by the deadline set in Federal Rule of Civil Procedure 4(m).

Dated this 9th day of December, 2024.

_____
James A. Teilborg
Senior United States District Judge

---

[1] While the Court will not dismiss this case sua sponte, the Court notes that Plaintiff did not make additional jurisdictional allegations related to Defendants U.S. Funeral Expenses or "unknown party" (whom Plaintiff refers to as Thomas Greene (Doc. 1 at 3, ¶9)).