**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles H. Landwer, | No. CV-24-03134-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Royal Neighbors of America, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff Charles H. Landwer's ("Plaintiff") second motion for extension of time to serve the summons and the complaint. (Doc. 24). For the following reasons, the Court will grant the motion to the extent described below.

Plaintiff filed his first motion for extension of time on March 10, 2025. (Docs. 15, 16). The Court granted the motion and ordered Plaintiff to serve the remaining defendants by May 15, 2025, or otherwise file a motion for alternative service or motion for additional time to serve. (Doc. 20). Plaintiff filed the pending motion, (Doc. 24), on May 15, 2025 and the motion is thereby timely. The Court will address each defendant separately.

**I.    Defendant Royal Neighbors of America**

In the motion, Plaintiff explains that he "has settled the allegations in this matter with Royal Neighbors of America." (Doc. 24 at 4). Plaintiff subsequently filed a notice of party dismissal, asking the Court to dismiss Defendant Royal Neighbors of America with prejudice. (Doc. 25). The Court will do so.

## II. Defendant US Funeral Expenses

Plaintiff has since filed a notice of proof of service for Defendant US Funeral Expenses. (Docs. 26, 27). However, this notice is technically untimely because it was filed after May 15, 2025, the deadline set by the Court in its prior order. Nonetheless, the Court finds Plaintiff has shown good cause for his delay in serving Defendant US Funeral Expenses and, alternatively, finds that an extension of time is appropriate under the Court's discretionary power. Plaintiff's notice of service is therefore deemed to be timely.

## III. Defendant John Doe I

Plaintiff filed a notice of party dismissal, asking the Court to dismiss Defendant John Doe I. (Doc. 28). The Court will do so.

## IV. Conclusion

Accordingly,

**IT IS ORDERED** that Defendant Royal Neighbors of America is dismissed with prejudice, hereby granting Doc. 25.

**IT IS FURTHER ORDERED** that the motion for extension of time to serve, (Doc. 24), is **GRANTED** to the limited extent that service on US Funeral Expenses (Doc. 26) is deemed to be timely.

**IT IS FURTHER ORDERED** that Defendant John Doe I is dismissed without prejudice (Doc. 28).

Dated this 27th day of May, 2025.

James A. Teilborg
Senior United States District Judge